CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 2 3 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

STEVEN AUBREY BURNETTE,
    Petitioner,

Civil Action No. 7:08-cv-00366

**FINAL ORDER**

v.

UNITED STATES OF AMERICA,
MICHAEL MUKASEY,
    Respondent.

By: James C. Turk
Senior United States District Judge

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the above referenced petitioner for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, shall be and hereby is **DISMISSED** and the case is hereby stricken from the active docket.

ENTER: This 23rd day of June, 2008.

/s/ James C. Turk
Senior United States District Judge